Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                    Case No.: 19−25968−MBK  
                                    Chapter: 13  
                                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Jennifer L Edwards                              Thomas R Edwards  
   10 Vincent Street                                  10 Vincent Street  
   Parlin, NJ 08859                                   Parlin, NJ 08859

Social Security No.:  
   xxx−xx−9171                                         xxx−xx−1734

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           10/23/19  
Time:          10:00 AM  
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 3, 2019  
JAN: vpm

                                                                Jeanne Naughton  
                                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25968-MBK
Jennifer L Edwards                                                      Chapter 13
Thomas R Edwards
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 03, 2019
                              Form ID: 132         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
```
db/jdb         +Jennifer L Edwards,    Thomas R Edwards,    10 Vincent Street,    Parlin, NJ 08859-1910
518416147     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808)
518416148      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
518416149     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
518416150      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
518416151      +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
518416152      +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
518416153      +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518416154     #+Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
518416155      +Flagship Condominium Association,    PO Box 78843,    Phoenix, AZ 85062-8843
518416159      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518416160      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518416161      +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
518416162      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518416163       Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 00:27:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 00:26:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518416146       E-mail/Text: bkrpt@retrievalmasters.com Sep 04 2019 00:26:57      AMCA,    PO Box 1235,
                 Elmsford, NY 10523-0935
518434184       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 04 2019 00:27:09
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518416157       E-mail/Text: cio.bncmail@irs.gov Sep 04 2019 00:26:26      Internal Revenue Service,
                 44 South Clinton Ave.,    Trenton, NJ 08601
518416164      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 00:33:36      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518416165      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 00:33:36      Syncb/mattress Firm Ol,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518416166      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 00:34:07      Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
518418037      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 00:34:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518416158*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
518416156*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Sep 03, 2019
                              Form ID: 132              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Douglas J. McDonough    on behalf of Creditor   Bank of America, N.A. DMcDonough@flwlaw.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC Bank, National Association
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov   Rudikh    on behalf of Joint Debtor Thomas R Edwards yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Debtor Jennifer L Edwards yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                            TOTAL: 6
```