| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-25968 / MBK**

Jennifer L Edwards

Thomas R Edwards

Petition Filed Date: 08/19/2019

341 Hearing Date: 09/19/2019

Confirmation Date: 01/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2019 | $250.00 | 61641040 | 10/02/2019 | $250.00 | 62229190 | 11/04/2019 | $250.00 | 62992290 |
| 12/03/2019 | $250.00 | 63686620 | | | | | | |

**Total Receipts for the Period:  $1,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,542.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jennifer L Edwards | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH | Attorney Fees | $3,450.00 | $1,178.00 | $2,272.00 |
| 1 | AMERICAN HONDA FINANCE<br>»»  2013 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,492.65 | $0.00 | $8,492.65 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,191.59 | $0.00 | $22,191.59 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $6,096.70 | $0.00 | $6,096.70 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,190.91 | $0.00 | $17,190.91 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $12,767.00 | $0.00 | $12,767.00 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,997.06 | $0.00 | $11,997.06 |
| 8 | BANK OF AMERICA, NA<br>»»  P/10 VINCENT ST/1ST MTG | Mortgage Arrears | $277.13 | $0.00 | $277.13 |
| 9 | PNC Bank, N.A. | Unsecured Creditors | $8,541.25 | $0.00 | $8,541.25 |
| 10 | PNC Bank, N.A.<br>»»  P/10 VINCENT ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | PNC Bank, N.A.<br>»»  NATIONAL CITY BANK | Unsecured Creditors | $10,133.02 | $0.00 | $10,133.02 |
| 12 | CITIBANK, N.A.<br>»»  CITI MC | Unsecured Creditors | $19,903.37 | $0.00 | $19,903.37 |

**Chapter 13 Case No. 19-25968 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,542.00 | Plan Balance: | $15,768.00 ** |
| Paid to Claims: | $1,178.00 | Current Monthly Payment: | $292.00 |
| Paid to Trustee: | $93.02 | Arrearages: | $0.00 |
| Funds on Hand: | $270.98 | Total Plan Base: | $17,310.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.