| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-25968 / MBK**

Jennifer L Edwards  
Thomas R Edwards

Petition Filed Date: 08/19/2019  
341 Hearing Date: 09/19/2019  
Confirmation Date: 01/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $250.00 | 64462280 | 02/04/2020 | $292.00 | 65234160 | 03/05/2020 | $292.00 | 66163950 |
| 04/02/2020 | $292.00 | 66807380 | 05/04/2020 | $292.00 | 67585480 | 06/08/2020 | $292.00 | 68507290 |
| 07/02/2020 | $292.00 | 69099410 | 08/06/2020 | $292.00 | 69951040 | 09/02/2020 | $292.00 | 70557280 |
| 10/02/2020 | $292.00 | 71316010 | 10/30/2020 | $292.00 | 71917200 | 12/02/2020 | $292.00 | 72759030 |
| 01/04/2021 | $292.00 | 73485140 | 02/02/2021 | $292.00 | 74136190 | | | |

**Total Receipts for the Period:  $4,046.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,046.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jennifer L Edwards | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»»  2013 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,492.65 | $28.41 | $8,464.24 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,191.59 | $74.14 | $22,117.45 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $6,096.70 | $20.40 | $6,076.30 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,190.91 | $57.44 | $17,133.47 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $12,767.00 | $42.70 | $12,724.30 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,997.06 | $40.14 | $11,956.92 |
| 8 | BANK OF AMERICA, NA<br>»»  P/10 VINCENT ST/1ST MTG | Mortgage Arrears | $277.13 | $277.13 | $0.00 |
| 9 | PNC Bank, N.A. | Unsecured Creditors | $8,541.25 | $28.58 | $8,512.67 |
| 10 | PNC Bank, N.A.<br>»»  P/10 VINCENT ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | PNC Bank, N.A.<br>»»  NATIONAL CITY BANK | Unsecured Creditors | $10,133.02 | $33.89 | $10,099.13 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $19,903.37 | $66.50 | $19,836.87 |

**Chapter 13 Case No. 19-25968 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,046.00 | Plan Balance: | $12,264.00 ** |
| Paid to Claims: | $4,119.33 | Current Monthly Payment: | $292.00 |
| Paid to Trustee: | $378.29 | Arrearages: | $0.00 |
| Funds on Hand: | $548.38 | Total Plan Base: | $17,310.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**