**PNC BANK**

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

05/25/2021

U.S. Bankruptcy Court
District of New Jersey

402 EAST STATE ST
TRENTON , NJ  08608 - 1507

Debtor Jennifer L Edwards
Case Number 19-25968

Dear Bankruptcy Court:

Jennifer L Edwards       is the mortgagor on PNC Mortgage loan xxxxxx 7471

Please withdraw the Notice of Mortgage Payment Change that was filed on 05/25/2021 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Lucy Miller
_____
     Bankruptcy Specialist