| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-25968 / MBK

Jennifer L Edwards            Petition Filed Date: 08/19/2019
Thomas R Edwards              341 Hearing Date: 09/19/2019
                              Confirmation Date: 01/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $292.00 | 73485140 | 02/02/2021 | $292.00 | 74136190 | 03/01/2021 | $292.00 | 74852210 |
| 04/05/2021 | $292.00 | 75691210 | 05/05/2021 | $292.00 | 76518140 | 06/02/2021 | $292.00 | 77121750 |
| 07/06/2021 | $292.00 | 77756510 | 08/03/2021 | $292.00 | 78570980 | 09/02/2021 | $292.00 | 79147000 |
| 09/27/2021 | $292.00 | 79704790 | 11/02/2021 | $292.00 | 80565560 | 12/02/2021 | $292.00 | 81163000 |
| 12/29/2021 | $292.00 | 81711020 | 01/31/2022 | $292.00 | 82366130 | | | |

**Total Receipts for the Period: $4,088.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jennifer L Edwards | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH<br>»» ATTY DISCLOSURE | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2013 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,492.65 | $282.79 | $8,209.86 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,191.59 | $738.90 | $21,452.69 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $6,096.70 | $189.11 | $5,907.59 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,190.91 | $572.39 | $16,618.52 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $12,767.00 | $425.10 | $12,341.90 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,997.06 | $399.48 | $11,597.58 |
| 8 | BANK OF AMERICA, NA<br>»» P/10 VINCENT ST/1ST MTG | Mortgage Arrears | $277.13 | $277.13 | $0.00 |
| 9 | PNC Bank, N.A. | Unsecured Creditors | $8,541.25 | $284.40 | $8,256.85 |
| 10 | PNC Bank, N.A.<br>»» P/10 VINCENT ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | PNC Bank, N.A.<br>»» NATIONAL CITY BANK | Unsecured Creditors | $10,133.02 | $337.39 | $9,795.63 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $19,903.37 | $662.71 | $19,240.66 |

**Chapter 13 Case No. 19-25968 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,550.00 | Plan Balance: | $8,760.00 ** |
| Paid to Claims: | $7,619.40 | Current Monthly Payment: | $292.00 |
| Paid to Trustee: | $649.22 | Arrearages: | $0.00 |
| Funds on Hand: | $281.38 | Total Plan Base: | $17,310.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**