| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-25968 / MBK**

Jennifer L Edwards  
Thomas R Edwards

Petition Filed Date: 08/19/2019  
341 Hearing Date: 09/19/2019  
Confirmation Date: 01/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2022 | $292.00 | 82366130 | 02/25/2022 | $292.00 | 82948220 | 03/31/2022 | $292.00 | 83698940 |
| 04/29/2022 | $292.00 | 84328820 | 05/31/2022 | $292.00 | 84908460 | 06/29/2022 | $292.00 | 85547200 |
| 08/02/2022 | $292.00 | 86149650 | 08/29/2022 | $292.00 | 86695810 | 09/30/2022 | $292.00 | 87359780 |
| 11/02/2022 | $292.00 | 88021510 | 11/30/2022 | $292.00 | 88492370 | 12/30/2022 | $292.00 | 89056590 |
| 01/30/2023 | $292.00 | 89661180 | 03/01/2023 | $292.00 | 90223030 | | | |

**Total Receipts for the Period: $4,088.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,346.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jennifer L Edwards | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2013 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,492.65 | $535.49 | $7,957.16 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,191.59 | $1,399.25 | $20,792.34 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $6,096.70 | $370.37 | $5,726.33 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,190.91 | $1,084.03 | $16,106.88 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $12,767.00 | $805.07 | $11,961.93 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,997.06 | $756.51 | $11,240.55 |
| 8 | BANK OF AMERICA, NA<br>»» P/10 VINCENT ST/1ST MTG | Mortgage Arrears | $277.13 | $277.13 | $0.00 |
| 9 | PNC Bank, N.A. | Unsecured Creditors | $8,541.25 | $538.58 | $8,002.67 |
| 10 | PNC Bank, N.A.<br>»» P/10 VINCENT ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | PNC Bank, N.A.<br>»» NATIONAL CITY BANK | Unsecured Creditors | $10,133.02 | $638.96 | $9,494.06 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $19,903.37 | $1,255.05 | $18,648.32 |

**Chapter 13 Case No. 19-25968 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $12,346.00 | Plan Balance: | $4,964.00 ** |
| Paid to Claims: | $11,110.44 | Current Monthly Payment: | $292.00 |
| Paid to Trustee: | $950.52 | Arrearages: | $0.00 |
| Funds on Hand: | $285.04 | Total Plan Base: | $17,310.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.