| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-25968 / MBK**

Jennifer L Edwards
Thomas R Edwards

Petition Filed Date: 08/19/2019
341 Hearing Date: 09/19/2019
Confirmation Date: 01/14/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $292.00 | 89661180 | 03/01/2023 | $292.00 | 90223030 | 03/31/2023 | $292.00 | 90832860 |
| 05/01/2023 | $292.00 | 91379710 | 06/01/2023 | $292.00 | 91941010 | 06/28/2023 | $292.00 | 92428000 |
| 08/02/2023 | $292.00 | 93042460 | 09/01/2023 | $292.00 | 93560540 | 10/03/2023 | $292.00 | 94030650 |
| 10/30/2023 | $292.00 | 94547710 | 12/01/2023 | $292.00 | 95088010 | 01/02/2024 | $292.00 | 95573380 |

**Total Receipts for the Period: $3,504.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,266.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jennifer L Edwards | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Yakov Rudikh, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2013 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,492.65 | $730.98 | $7,761.67 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,191.59 | $1,910.11 | $20,281.48 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $6,096.70 | $510.85 | $5,585.85 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,190.91 | $1,479.70 | $15,711.21 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $12,767.00 | $1,098.87 | $11,668.13 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,997.06 | $1,032.63 | $10,964.43 |
| 8 | BANK OF AMERICA, NA<br>»» P/10 VINCENT ST/1ST MTG | Mortgage Arrears | $277.13 | $277.13 | $0.00 |
| 9 | PNC Bank, N.A. | Unsecured Creditors | $8,541.25 | $735.14 | $7,806.11 |
| 10 | PNC Bank, N.A.<br>»» P/10 VINCENT ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | PNC Bank, N.A.<br>»» NATIONAL CITY BANK | Unsecured Creditors | $10,133.02 | $872.19 | $9,260.83 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $19,903.37 | $1,713.12 | $18,190.25 |

**Chapter 13 Case No. 19-25968 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $15,266.00 | Plan Balance: | $2,044.00 ** |
| Paid to Claims: | $13,810.72 | Current Monthly Payment: | $292.00 |
| Paid to Trustee: | $1,173.60 | Arrearages: | $0.00 |
| Funds on Hand: | $281.68 | Total Plan Base: | $17,310.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.