Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–25968–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Jennifer L Edwards | Thomas R Edwards |
| 10 Vincent Street | 10 Vincent Street |
| Parlin, NJ 08859 | Parlin, NJ 08859 |

Social Security No.:
xxx–xx–9171                                    xxx–xx–1734

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: December 4, 2024            Mark Edward Hall
                                    Judge, United States Bankruptcy Court